IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3149 |
| | ) | |
| v. | ) | |
| | ) | |
| ADRIAN B. ROBINSON, | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

At the oral request of the defendant's counsel to continue the sentencing hearing in the above-titled case,

IT IS ORDERED that the sentencing hearing is continued to March 8, 2007, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

DATED this 7th day of March, 2007.

BY THE COURT:


s/  Warren K. Urbom
United States Senior District Judge