IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3149 |
| | ) | |
| v. | ) | |
| | ) | |
| ADRIAN B. ROBINSON, | ) | ORDER GRANTING MOTION FOR |
| | ) | LEAVE TO WITHDRAW AS COUNSEL |
| Defendant. | ) | TO DEFENDANT |
| | ) | |

IT IS ORDERED that:

1. the Motion for Leave to Withdraw as Counsel to Defendant, filing 45, is granted; and

2. the Federal Public Defender for the District of Nebraska is appointed to represent the above-named defendant in this matter. In the event that the Federal Public Defender accepts this appointment the Federal Public Defender shall forthwith file a written appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

Dated February 8, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge