IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3149 |
| | ) | |
| v. | ) | |
| | ) | |
| ADRIAN B. ROBINSON, | ) | ORDER GRANTING MOTION TO SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Seal, filing 43, is granted.

Dated February 16, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge